# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| TIMOTHY AND DEBRA CLARKE, H/W | : No. 588 EAL 2014 |
| | : |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| MMG INSURANCE COMPANY AND F. | : |
| FREDERICK BREUNINGER & SON | : |
| INSURANCE, INC. | : |
| | : |
| | : |
| | : |
| PETITION OF:  MMG INSURANCE | : |
| COMPANY | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 28th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.